58,309-05

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

STEVEN H. YOUNG,
MOVANT

V.

THE STATE OF TEXAS,
RESPONDENT

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

## MOTION FOR LEAVE TO FILE WRIT OF MANDAMUS

COMES NOW STEVEN H. YOUNG, Movant pro se, and hereby moves the Court as follows:

1. Movant requests leave to file a Writ of Mandamus in accordance with Rule 72 of Texas Rules Appellate Procedure for this Court to compel the 174th District Court of Harris County to order Movant's trial counsel to comply with an earlier order by the court to produce an affidavit regarding movant's claim of Ineffective Assistance of Counsel in his Art. 11.07 writ of habeas corpus.

2. Movant will show that the court has twice ordered movant's trial counsel to produce an affidavit in response to Ineffective Assistance of Counsel claims in movant's previous 11.07 filing, as well as his current 11.07 application. Currently trial counsel has failed to respond to the court's order for over six months, and the trial court has not enforced its order to produce an affidavit.

### PRAYER

WHEREFORE, Movant prays this Honorable Court grant his Motion For Leave To File Writ Of Mandamus.

Respectfully submitted,

Steven H. Young, pro se
TDCJ# 1730896
Estelle Unit

November 30, 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

Mr. Acosta:

Please find the enclosed Motion For Leave To File Writ Of Mandamus.

I respectfully ask that you please file this with the Court at your earliest convenience.

Thank you for your assistance and consideration of this letter.

Respectfully submitted,

Steven H. Young
TDCJ# 1730896
Estelle Unit
264 FM 3478
Huntsville, TX  77320